**Robert G. HAWKS, Petitioner—Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent—Appellee.**

No. 02–73096.
IRS No. 11757–01 L.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 30, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM **

Robert G. Hawks appeals pro se the tax court's summary judgment in favor of the Commissioner of Internal Revenue in Hawks's action challenging a federal tax lien. We have jurisdiction under 26 U.S.C. § 7482. We review de novo the tax court's summary judgment, *Miller v. CIR*, 310 F.3d 640, 642 (9th Cir.2002), and review for abuse of discretion its evidentiary rulings, *Hudspeth v. Commissioner*, 914 F.2d 1207, 1213 (9th Cir.1990). We affirm.

The tax court did not err in concluding that the appeals officer properly exercised his discretion by relying on computer-generated transcripts to determine the validity of the underlying assessment of Hawks's tax deficiency, *see Koff v. United States*, 3 F.3d 1297, 1298 (9th Cir.1993) (per curiam), and that the requisite notices were given, *see Hansen v. United States*, 7 F.3d 137, 138 (9th Cir.1993) (per curiam).

Hawks's general objection to the accuracy of the Internal Revenue Service's ("IRS") computerized data does not constitute evidence sufficient for a reasonable trier of fact to conclude that Hawks rebutted the presumption of correctness granted the IRS's official records. *Id.*

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.